1  Jonathan V. Holtzman (SBN 99795)
   RENNE, SLOAN, HOLTZMAN & SAKAI
2  50 California #2100
   San Francisco, CA 94111
3  Telephone: (415) 678-3807
   Facsimile: (415) 288-4528
4
   Arthur A. Hartinger (SBN 121521)
5  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
6  Oakland, CA 94607
   Telephone: (510) 808-2000
7  Facsimile: (510) 444-1108

8  Karen L. Snell (SBN 100266)
   Attorney at Law
9  102 Buena Vista Terrace
   San Francisco, CA  94117
10 Telephone:    (415) 225-7592
   Facsimile:    (415) 487-0748
11
   Attorneys for Respondent
12 City of Oakland

13

14
                   UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17 MATTHEW HORNUNG, CLARENCE          ) Case No.: C05-4825 EMC
   MABANAG, and JUDE SIAPNO,          )
18                                    ) WITHDRAWAL AND SUBSTITUTION OF
                Petitioners,          ) COUNSEL; ORDER
19                                    )
           v.                         )
20                                    )
   CITY OF OAKLAND, and DOES 1        )
21 through 20, inclusive,             )
                                      )
22              Respondents.          )
                                      )
23

24      Pursuant to Local Rule 11-5, Jonathan V. Holtzman respectfully requests the Court's

25 permission to withdraw from the representation of Respondents in this matter and that, effective

26 immediately, Karen L. Snell be permitted to substitute in as counsel of record for Respondents.

27 All future pleadings, orders and correspondence related to this matter should be served on Ms.

28 Snell and on Arthur A. Hartinger, who shall continue to represent Respondents in this matter.

   Ms. Snell's address is as follows:

1  Karen L. Snell
2  Attorney at Law
3  102 Buena Vista Terrace
4  San Francisco, CA 94117
5  Telephone: (415) 225-7592
6  Facsimile: (415) 487-0737
7  Dated: December __, 2005

8                                    RENNE, SLOAN, HOLTZMAN & SAKAI

10  By: _____
                    Jonathan V. Holtzman

12  By: _____
                    Karen L. Snell

14        On behalf of Respondents, I hereby consent to the withdrawal of Jonathan V. Holtzman
15  as counsel of record for Respondents in this matter and the substitution in of Karen L. Snell as
16  counsel of record for Respondents in this matter.
17  Dated: December 20, 2005

19  By: _____
                    John Russo
20                    City Attorney for the City of Oakland

22        It is so ORDERED.
23  Dated: ~~December __, 2005~~
       January 4, 2006

24  _____
    Edward M. Chen
25      United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

2